UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS STEPHENS,<br><br>        Plaintiff,<br><br>    v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>        Defendant. | Case No. 24-cv-04218-HSG<br><br>**ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT** |

On October 28, 2025, the Court dismissed Plaintiff's first amended complaint, Dkt. No. 11, with leave to amend. Dkt. No. 15 at 6. The Court instructed Plaintiff to file an amended complaint by December 15, 2025. As of the date of this order, Plaintiff has not done so.

If he wishes to proceed with this case, Plaintiff must file an amended complaint by January 20, 2026. Failure to file an amended complaint by this deadline will result in the dismissal of the action in its entirety without further leave to amend. In addition, Plaintiff's amended complaint will be dismissed without leave to amend if he does not correct the deficiencies the Court has previously identified.

**IT IS SO ORDERED.**

Dated: 12/23/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge